JOANNE M. DEGEORGE, Respondent, v MATTHEW F. BAUMAN, Appellant. [890 NYS2d 844]—

Present—Scudder, P.J., Smith, Peradotto, Green and Gorski, JJ.

In the Matter of LAURENCE L. KEENAN, Petitioner, v APPEALS BOARD OF ADMINISTRATIVE ADJUDICATION BUREAU, NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, et al., Respondents. [890 NYS2d 888]—

Present—Scudder, P.J., Smith, Peradotto, Green and Gorski, JJ.